IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER M. HUNT, SR., | § | |
| Plaintiff, | § § § | |
| v. | § § | No. 3:24-cv-01555-E-BT |
| MR. COOPER GROUP INC., et al., | § § § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated December 13, 2024. The Court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled as the Court has determined no error in the Findings, Conclusions, and Recommendation.

Having accepted the Findings, Conclusions, and Recommendation—it is therefore **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff Christopher M. Hunt Sr.'s Motion for Default Judgment (ECF No. 7) and Motion to Remand (ECF No. 8) are **DENIED**.

**SO ORDERED this 21st day of January, 2025.**

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE